IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 05-CR-40 (NAM) |
| v. | **SUPERSEDING INDICTMENT** |
| NICHOLAS W. GRIFFIN, | Vio: 18 U.S.C. § 1028 (a)(1) (2 Counts) |
| | 18 U.S.C. 1028 (a)(2) (5 counts) |
| Defendant. | 18 U.S.C. § 1001(a)(2) (1 Count) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 0 3 2005
AT____ O'CLOCK____
Lawrence K Baerman, Clerk - Syracuse

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THE GRAND JURY CHARGES THAT:

### COUNT 1

During the summer of 2004, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly and without lawful authority produce a false identification document, to wit: one (1) United States Coast Guard Reserve Military Identification Card in the name of Nicholas William Griffin seized on December 18, 2004.

In violation of Title 18, United States Code, Section 1028 (a)(1).

### THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 2

On or about the fall of 2004, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly and without lawful authority produce a false identification document, to wit: one (1) United States Coast Guard Reserve Military Identification Card in the name of Nicholas William Griffin seized on January 7, 2004.

In violation of Title 18, United States Code, Section 1028 (a)(1).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 3

On or about the month of November 2004, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly transfer a false identification document, to wit: one (1) United States Coast Guard Reserve Military Identification Card in the name of a student at Syracuse University (B.B.B), knowing that such document was produced without lawful authority,

In violation of Title 18, United States Code, Section 1028 (a)(2).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 4

On or about the month of November 2004, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly transfer a false identification document, to wit: one (1) United States Coast Guard Reserve Military Identification Card in the name of a student at Syracuse University (B.R.S), knowing that such document was produced without lawful authority,

In violation of Title 18, United States Code, Section 1028 (a)(2).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 5

On or about the Spring of 2003, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly transfer a false identification document, to wit: one (1) United States Navy Reserve Military Identification Card in the name of a student at Jamesville-Dewitt High School (A.C.F.), knowing that such document was produced without lawful authority,

In violation of Title 18, United States Code, Section 1028 (a)(2).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 6

On or about the Spring of 2003, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly transfer a false identification document, to wit: one (1) United States Coast Guard Reserve Military Identification Card in the name of a student at Jamesville-Dewitt High School (D.N.H.), knowing that such document was produced without lawful authority,

In violation of Title 18, United States Code, Section 1028 (a)(2).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 7

On or about the Spring of 2003, in the Northern District of New York, the defendant,

**NICHOLAS W. GRIFFIN,**

did knowingly transfer a false identification document, to wit: one (1) United States Air Force Reserve Military Identification Card in the name of a student at Jamesville-Dewitt High School (B.C.N.), knowing that such document was produced without lawful authority,

In violation of Title 18, United States Code, Section 1028 (a)(2).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 8

On or about December 18, 2004 in the Northern District of New York, in a matter within the jurisdiction of the United States Department of Homeland Security, United States Coast Guard Investigative Service, an agency of the Executive Branch of the United States, the defendant,

### NICHOLAS W. GRIFFIN

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is the defendant advised Special Agents of the Coast Guard Investigative Service that he had stolen U.S. uniformed services identification card stock and U.S. uniformed services identification laminate from the 174th Fighter Wing of the New York Air National Guard when, in fact, the defendant well knew that he had stolen these items from the U.S. Naval Reserve Center in Mattydale, New York.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

Dated: February 3, 2005

FOREPERSON OF THE GRAND JURY

GLENN T. SUDDABY
United States Attorney

By:

Richard R. Southwick
Assistant U.S. Attorney
Bar Roll No. 506265