PROB 12C
(7/93)

# United States District Court
## for the
## Northern District of New York
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholas Griffin                    Case Number: 5:05-CR-00040-001

Name of Sentencing Judicial Officer:    Honorable Norman A. Mordue, Chief U.S. District Judge

Date of Original Sentence:    2/2/06

Original Offense:    Production of False Identification Documents, 18 U.S.C.  1028(a)(1) and Illegal
Use of Social Security Numbers, 42 U.S.C. § 408(a)(7)(B).

Original Sentence:    2 years probation on each count to be served concurrently

Type of Supervision:    Probation          Date Supervision Commenced:      February 2, 2006

Asst. U.S. Attorney:    Richard Southwick      Defense Attorney:      Emil Rossi

U.S. DISTRICT COURT - N.D. OF N.Y.

F I L E D

OCT 1 9 2007

AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

1.           Modified Condition #3: The defendant shall refrain from the use of alcohol
            while in treatment and for the remainder of the term of supervision following the
            completion of treatment. On October 5, 2007, during a home visit, Griffin
            submitted to a breathalyser test.  The blood alcohol content level registered .09
            %. Griffin admitted to drinking alcohol in violation of his conditions of
            probation. This information is based on a breathalyser test result and verbal
            admissions made by Griffin to the U.S. Probation Officer. (Grade C violation)

U.S. Probation Officer Recommendation:
      The term of supervision should be:

            [X]    Revoked
            [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

                              Respectfully submitted,

                              PAUL W. DeFELICE
                              Chief U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Prob 12C                                   -2-                    Petiti\. or Warrant or S\.mr.ions
                                                                  for Offender Under Su\.erv\.sion

Name of Offender: Nicholas Griffin                    Case Number: 5:05-CR-0\.)40-001


                                        Executed on:           October 19, 2\.)7

Approved by:  _____     by:  _____
              LORI ALBRIGHT                      LIANA SNYDER
              Supervising U.S. Probation Officer  U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[✓]   **The Issuance of a Summons**
[ ]   Other
[ ]   The Issuance of a Warrant. This petition and all documents attached hereto are SEAL\.3D \.until
      such time as the warrant generated by this petition is returned executed.

      The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this \.etit\.on or
      any of the attached documents upon anyone EXCEPT that a copy is to be served upo\.1 law
      enforcement personnel. Copies shall be served upon the unsealing of the petition.

                                          _____
                                          Signature of Judicial O\.ficer

                                          _____
                                          Date